```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHELINE MEDICA              :      CIVIL ACTION

      vs.                     :

MICHAEL J. ASTRUE[1],          :      NO. 10-CV-4744
Commissioner of Social Security
```

ORDER

AND NOW, this  25th  day of July, 2011, upon consideration of the Plaintiff's Motion for Summary Judgment and request for review, and Defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is GRANTED in part;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.

_____

1. Michael J. Astrue became the Commissioner of Social Security on February 14, 2007.  Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as the defendant in this matter.